JS6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOHAMMAD AMIN GAGAI,<br><br>Defendant. | No. **CV 23-7274-RGK**<br>[CR 20-0562-RGK-1]<br><br>[~~PROPOSED~~]<br><br>**ORDER TERMINATING WRIT OF CONTINUING GARNISHMENT**<br><br>**[9]**<br><br>**[ONEWEST BANK, N.A.]**<br><br>[28 U.S.C. § 3205(c)(10)] |

Pursuant to the request of the United States and for good cause shown, IT IS ORDERED that the writ of continuing garnishment as to garnishee in this matter, is terminated, pursuant to 28 U.S.C. § 3205(c)(10).

DATED:  September 8, 2023.

_____
HON, R. GARY KLAUSNER
United States District Judge